the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Finally, Gutierrez argues that 21 U.S.C. § 841 is unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because the statute treats drug type and quantity as sentencing factors. He acknowledges that his argument is foreclosed by circuit precedent but wishes to preserve the issue for Supreme Court review. Gutierrez's argument is foreclosed. *See United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000).

AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Omar Justino GARCIA–TORRES,
Defendant–Appellant.**

**No. 03–10537.**

United States Court of Appeals,
Fifth Circuit.

Oct. 30, 2003.

Denise B. Williams, US Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Omar Justino Garcia–Torres, pro se, Three Rivers, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

The Federal Public Defender, court-ap-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

pointed counsel for Omar Justino Garcia–Torres (Garcia–Torres) has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia–Torres has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.